UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| OFF-WHITE LLC., <br><br>                                  Plaintiff, <br><br> -against- <br><br> 2017PINGAN, ET AL., <br><br>                                  Defendants. | 20-cv-5191 (KPF) |

------------------------------------------------------------

| | |
|---|---|
| OFF-WHITE LLC., <br><br>                                  Plaintiff, <br><br> -against- <br><br> 24 HOURS DELIVERY STORE, ET AL., <br><br>                                  Defendants. | 20-cv-5194 (KPF) |

------------------------------------------------------------

| | |
|---|---|
| OFF-WHITE LLC, <br><br>                                  Plaintiff, <br><br> -against- <br><br> A9660, ET AL., <br><br>                                  Defendants | 20-cv-5196 (KPF) <br><br> **ORDER TO UNSEAL** |

------------------------------------------------------------

WHEREAS the Court orders that the above-referenced actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 28th day of July, 2020, at 4:00 p.m.
New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE