UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>                    Plaintiff,<br><br>       -v.-<br><br>2017PINGAN, *et al.*,<br><br>                    Defendants. | 20 Civ. 5191 (KPF) |
| OFF-WHITE LLC,<br><br>                    Plaintiff,<br><br>       -v.-<br><br>24 HOURS DELIVERY STORE, *et al.*,<br><br>                    Defendants. | 20 Civ. 5194 (KPF) |
| OFF-WHITE LLC,<br><br>                    Plaintiff,<br><br>       -v.-<br><br>A9660, *et al.*,<br><br>                    Defendants. | 20 Civ. 5196 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The show cause hearing in the above-captioned actions scheduled for April 15, 2021, at 11:00 a.m. will occur by telephone. To access the teleconference, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

Plaintiff is hereby ORDERED to serve this Order upon Defendants.

SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge